**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 11, 2020

**VIA ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Raquel Dunton**
**13 Cr. 654 (JPO)**

Dear Judge Oetken,

I write, with the consent of the Government by Assistant United States Attorney Christopher DiMase, to respectfully request that the Court adjourn the status conference that is currently scheduled for Friday, March 13 to a date after April 2, 2020. Undersigned counsel has a scheduling conflict on Friday and the parties are waiting to see what happens in Mr. Dunton's state case (which is scheduled for April 2). Therefore, we ask the Court to adjourn the conference.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Dunton
212-417-8729

Granted.
The status conference is adjourned to April 8, 2020, at 12:30 pm.

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

cc: A.U.S.A. Chris DiMase (by ECF)

Dated: March 16, 2020